LENA P. BLIZNAWICZUS v. GENERAL MOTORS
CORPORATION.

February 22, 1983.

Petition for certification denied.

GERTRUDE R. SALTZMAN v. HENRY H. MARTER.

February 22, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH FRANCOLINO.

February 22, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. BURL GARY GORDON.

February 22, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES McCANN.

February 22, 1983.

Petition for certification denied.